# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Ieliot Jackson

                              Plaintiff,

v.                                              Case No.: 1:20–cv–05886
                                                Honorable Charles P. Kocoras

City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 9, 2022:

     MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to the
Proposed Agreed Scheduling Order filed on 2/2/2022 [48], fact discovery is ordered
closed by 9/23/2022. Dispositive motions are due by 3/31/2023. Telephonic status hearing
set for 4/4/2023 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.