# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ieliot Jackson

                         Plaintiff,

v.                                            Case No.: 1:20–cv–05886
                                                         Honorable Charles P. Kocoras

City of Chicago, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Agreed motion to extend the fact discovery deadline until 1/13/2023 and birucate Monell discovery [51] is granted. Telephonic status hearing set for 9/27/2022 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.